IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harrell-Sheppard, Yulonda P

Printed: 6/24/08

Case Number: 04 B 37136
Judge: Wedoff, Eugene R
Filed: 10/6/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 30, 2008
Confirmed: December 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,516.42 |  |
| Secured: |  | 11,163.55 |
| Unsecured: |  | 3,635.02 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 951.43 |
| Other Funds: |  | 66.42 |
| Totals: | 18,516.42 | 18,516.42 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Capital One Auto Finance | Secured | 11,163.55 | 11,163.55 |
| 3. | AAA Checkmate LLC | Unsecured | 84.89 | 156.43 |
| 4. | Illinois Student Assistance Commission | Unsecured | 591.35 | 1,089.64 |
| 5. | Capital One Auto Finance | Unsecured | 1,182.62 | 2,179.17 |
| 6. | Sir Finance Corporation | Unsecured | 103.10 | 0.00 |
| 7. | National Capital Management | Unsecured | 50.85 | 93.66 |
| 8. | Premier Bankcard | Unsecured | 63.03 | 116.12 |
| 9. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
| 10. | Advocate Professional Group | Unsecured |  | No Claim Filed |
| 11. | Ingalls Memorial Hospital | Unsecured |  | No Claim Filed |
| 12. | Newport News | Unsecured |  | No Claim Filed |
| 13. | MacNeal Healthcare | Unsecured |  | No Claim Filed |
| 14. | AAA Checkmate LLC | Unsecured |  | No Claim Filed |
| 15. | Northwest Radiology Assoc S | Unsecured |  | No Claim Filed |
|  |  |  | $ 15,939.39 | $ 17,498.57 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 150.72 |
| 4% | 49.85 |
| 3% | 43.60 |
| 5.5% | 216.99 |
| 5% | 72.69 |
| 4.8% | 129.59 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Harrell-Sheppard, Yulonda P | Case Number: 04 B 37136 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 10/6/04 |

                               5.4%                    287.99
                                                      _____
                                                       $ 951.43

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                              Marilyn O. Marshall, Trustee, by:

                                              _____